### ROBERTSON v. JACKSON, ET AL.

(Decided November 25, 1913.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

W. K. Terry, and FEAGIN & ALEXANDER, for appellant. LEADER & EWING, for appellee.

Per curiam. Appeal dismissed .

---

### ROGERS, ET AL. v. DAUGHDRILL.

(Decided December 4, 1913.

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

BESTOR & YOUNG, for appellant. D. B. COBBS, for appellee.

SAYRE, J.—Affirmed on the authority of *Brannen v. Henry*, 175 Ala. 454; *Brue v. McMillan*, 175 Ala. 416.

MCCLELLAN, MAYFIELD and SOMERVILLE, JJ., concur.

---

### EX PARTE SHARPE.

(Decided December 11, 1913.)

ORIGINAL petition in the Supreme Court.

SMITH & WILKINSON, for appellant. TILLMAN, BRADLEY & MORROW, for appellee.

Per curiam. Rule nisi denied.

---

### SHERMAN v. MORROW, ET AL.

(Decided November 11, 1913.)

APPEAL from Marshall Chancery Court.

Heard before Hon. W. H. SIMPSON.

STREET & ISBELL, for appellant. JOHN A. LUSK & SON, for appellee.

MAYFIELD, J.—Affirmed.